**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-6340**

TARIK HASAN HUDGINS,

        Plaintiff - Appellant,

    v.

DR. BENNY MULLINS, MD, Doctor, Wallens Ridge State Prison,

        Defendant - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Michael F. Urbanski, Senior District Judge.  (7:22-cv-00170-MFU-JCH)

Submitted:  February 19, 2026               Decided:  February 24, 2026

Before WYNN and HARRIS, Circuit Judges, TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Tarik Hasan Hudgins, Appellant Pro Se.  Rosalie Fessier, Brittany Elizabeth Shipley, TIMBERLAKESMITH, Staunton, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tarik Hasan Hudgins appeals the district court's order granting summary judgment to Defendant and denying relief on Hudgins's 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Hudgins's pending motions and affirm the district court's order. *Hudgins v. Mullins*, No. 7:22-cv-00170-MFU-JCH (W.D. Va. Mar. 31, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*